1
2
3
4
5                                                          JS-6
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11   BRENDA KAPPOS,                 )    No. CV 17-607 CJC (FFM)
                                    )
12                    Plaintiff,    )    JUDGMENT
                                    )
13        v.                        )
                                    )
14   ALAN MEYERS, et al.,           )
                                    )
15                    Defendants.   )
     _____)
16

17        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

18   United States Magistrate Judge,

19        IT IS ADJUDGED that plaintiff take nothing by the Complaint, that this action is

20   dismissed with prejudice, and that defendants recover their costs of suit.

21

22   DATED: September 27, 2017

23

24                                      _____
25                                           CORMAC J. CARNEY
                                           United States District Judge
26

27

28